USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/9/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>DJK RESIDENTIAL LLC, et al.,<br><br>Debtors.<br><br>TRIPLE NET INVESTMENTS IX, LP,<br><br>Appellant,<br><br>v.<br><br>DJK RESIDENTIAL LLC, et al.,<br><br>Appellees. | Case No. 08-CV-3737 (RJS) |

**CONSENT ORDER EXTENDING
BRIEFING SCHEDULE**

Appellant Triple Net Investments IX, LP ("Triple Net") and Debtors-Appellees DJK Residential LLC, et al. ("DJK"), by and through their respective counsel, hereby agree and consent as follows:

**WHEREAS**, on April 21, 2008, the above-captioned appeal was docketed and transferred by the Bankruptcy Court to the Clerk of the United States District Court for the Southern District of New York; and

**WHEREAS**, Triple Net's appellant brief is due to be filed on or before May 9, 2008; and

**WHEREAS**, the parties have been engaged in ongoing discussions that have resulted in modifications to the proposed plan of reorganization that, if confirmed by the Bankruptcy Court, will result in this appeal being withdrawn with prejudice; and

1127892.1

**WHEREAS**, counsel for Triple Net and DJK have conferred and agreed that, for the convenience of the Court and the parties, the deadlines for briefing should be extended to facilitate settlement and to avoid unnecessary expense.

The parties jointly request that the Court extend the briefing schedule as follows:

a) Triple Net's Appellant Brief shall be filed on or before Monday, June 9, 2008;

b) DJK's Respondent Brief shall be filed on or before Wednesday, July 9, 2008; and

c) Triple Net's Reply Brief shall be filed on or before Thursday, July 24, 2008.

Respectfully submitted,

DATED: May 6, 2008
New York, New York

/s/ Robert E. Nies
ROBERT E. NIES
Wolff & Samson PC
140 Broadway, 46th Floor
New York, NY 10005
Telephone: (212) 973-0572
E-Mail: rnies@wolffsamson.com

*Counsel for Appellant*
*Triple Net Investments IX, LP*

DATED: May 6, 2008
Washington, D.C.

/s/ Ashley C. Parrish
ASHLEY C. PARRISH
Kirkland & Ellis, LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005-5793
Telephone: (202) 879-5016
E-Mail: aparrish@kirkland.com

*Counsel for Debtors-Appellees*
*DJK Residential LLC, et al.*

**FOR GOOD CAUSE, IT IS SO ORDERED**

DATED: May __, 2008

_____
United States District Judge

2