USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/27/08

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

DJK RESIDENTIAL LLC, et al.,

        Debtors.

Case No.: 08-CV-3737 (RJS)

TRIPLE NET INVESTMENTS IX, LP,

        Appellant,

v.

DJK RESIDENTIAL LLC, et al.,

        Appellees.

## STIPULATION WITHDRAWING APPEAL

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for all parties appearing in this action as follows:

1.    The above-captioned appeal is hereby withdrawn with prejudice. *See* Bankr. Rule 8001(c); Fed. R. App. P. 42(b).

2.    Each side will bear its own court costs.

3.    This stipulation may be signed in multiple counterparts.

5.    Facsimile or electronically reproduced signatures shall suffice in lieu of original signatures for all purposes.

1131533.2

6.   This stipulation may be filed with the Court without further notice.

Respectfully submitted,

DATED: _May 29_, 2008
         New York, NY

ROBERT E. NIES
Wolff & Samson PC
140 Broadway, 46th Floor
New York, NY 10005
Telephone: (212) 973-0572
E-Mail: rnies@wolffsamson.com
Attorneys for Appellant
Triple Net Investments IX, LP

DATED: _MAY 28_, 2008
         Washington, DC

ASHLEY C. PARRISH
Kirkland & Ellis, LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005-5793
Telephone: (202) 879-5016
E-Mail: aparrish@kirkland.com
Attorneys for Appellees
DJK Residential LLC, et al.

**FOR GOOD CAUSE, IT IS SO ORDERED**

DATED: _6/25_, 2008

The Honorable Richard J. Sullivan
United States District Judge

1131533.2

2